**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:15CR196** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ROSA MARIA PASOS DE GRANILLO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Rosa Maria Pasos de Granillo (Pasos de Granillo) (Filing No. 15).  Pasos de Granillo seeks a continuance of the trial of this matter was scheduled for August 24, 2015.  Pasos de Granillo's counsel represents that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Pasos de Granillo's motion to continue trial (Filing No. 15) is granted.

2. Trial of this matter is re-scheduled for **October 13, 2015,** before Senior Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 11, 2015, and October 13, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 11th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge