IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>ROSA PASOS DE GRANILLO,<br><br>           Defendant. | 8:15CR196<br><br>ORDER FOR DISMISSAL |

NOW ON THIS 26th day of August, 2015, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 20).  The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1.   Leave is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Rosa Pasos De Granillo.

2.   The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Rosa Pasos De Granillo.

BY THE COURT:

   s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Judge